PROB 22
(Rev. 2/88)

| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court)<br>1:05CR 00172-001<br><br>DOCKET NUMBER (Rec. Court)<br>CR 07-072 S |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>**BRAHIM BOUCHAIB**<br>**PROVIDENCE, RI 02903** | DISTRICT<br>Western District of New York | DIVISION<br>Buffalo Office |
| | NAME OF SENTENCING JUDGE<br>William M. Skretny | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM: 12/7/2005 TO: 12/6/2008 |
| OFFENSE<br>Making a False Statement | | |

FILED
2007 MAY 22 AM 10: 46
U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF NEW YORK**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

4/20/07
*Date*

*William M. Skretny*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/14/07
*Date*

Mary M. Lisi
*Mary M. Lisi*
*Chief United States District Judge*