CLOSED_2005

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK [LIVE] (Buffalo)**
**CRIMINAL DOCKET FOR CASE #: 1:05-cr-00172-WMS-ALL**
**Internal Use Only**

Case title: USA v. Bouchaib

Date Filed: 07/07/2005

---

Assigned to: Hon. William M. Skretny

**Defendant**

**Brahim Bouchaib** (1)
*TERMINATED: 11/08/2005*

represented by **Timothy W. Hoover**
Federal Public Defender Office
300 Pearl Street
Suite 450
Buffalo, NY 14202
(716) 551-3341
Fax: 716-551-3346
Email: timothy_hoover@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

TRUE COPY
COURT, WDNY
EARLY, CLERK
Deputy Clerk

**Pending Counts**

STATEMENTS OR ENTRIES GENERALLY 18:1001.F
(3)

**Disposition**

The Defendant is sentenced to the custody of the BOP for a term of 120 months and a 5 year term of Supervised Release. Conditions of Supervised release are as detailed in minute entry of 5/20/2005. $100.00 Special Assessment imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

STATEMENTS OR ENTRIES GENERALLY 18:1001.F
(1-2)

Disposed.

STATEMENTS OR ENTRIES GENERALLY 18:1001.F
(4)

Disposed.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

18:1001(a)(1) did knowingly and willfully make a materially false, fictitious and fraudulent statements and repesentations

**Disposition**

---

**Plaintiff**

**USA**

represented by **Timothy C. Lynch**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5846
Fax: 716-551-3052
Email: timothy.lynch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2005 | 1 | COMPLAINT as to Brahim Bouchaib (1). (LMK, ) [1:05-mj-02084-HBS] (Entered: 06/23/2005) |
| 06/21/2005 | | Arrest Warrant Issued by Hugh B. Scott in case as to Brahim Bouchaib. **This is a private entry.** (LMK, ) [1:05-mj-02084-HBS] (Entered: 06/23/2005) |
| 06/22/2005 | 2 | Minute Entry for proceedings held before Judge Hugh B. Scott :Initial Appearance as to Brahim Bouchaib held on 6/22/2005. Defendant advised of charges and maximum penalties associated with conviction. Defendant informed of rights. Deft seeking court appt'd cnsl; deft sworn & qualified; Timothy Hoover, Esq. accepts assignment. Court grants Government's motion for temporary detention. Detention Hearing set for 6/27/2005 10:15 AM before Hon. Hugh B. Scott. APPEAR - T. Lynch, AUSA; T. Hoover, Esq. (LMK, ) [1:05-mj-02084-HBS] (Entered: 06/23/2005) |
| 06/22/2005 | | Attorney update in case as to Brahim Bouchaib. Attorney Timothy W. Hoover for Brahim Bouchaib added. (LMK, ) [1:05-mj-02084-HBS] (Entered: 06/23/2005) |
| 06/27/2005 | 3 | Minute Entry for proceedings held before Judge Hugh B. Scott :Detention Hearing as to Brahim Bouchaib held on 6/27/2005. Government proceeds by proffer (flight risk). Deft has not been |

| | | |
|---|---|---|
| | | interviewed by pretrial services. Defense proceeds by proffer. Court is not in receipt of report from Pretrial Services. Court determines that the deft is a risk of flight (without prejudice). Case continued to 7/7/05 at 10:00 am before Judge Foschio. Time is not excluded. APPEAR - W. Hochul, AUSA: T. Hoover, Esq.; A. Serotte, USPO (LMK, ) [1:05-mj-02084-HBS] (Entered: 07/07/2005) |
| 07/07/2005 | 4 | INDICTMENT as to Brahim Bouchaib (1) count(s) 1-4. (SG, ) (Entered: 07/07/2005) |
| 07/07/2005 | | Minute Entry for proceedings held before Judge Leslie G. Foschio :Arraignment as to Brahim Bouchaib (1) Count 1-4 held on 7/7/2005. Deft acknowledges receipt of indictment. Deft waives reading of indictment and enter plea of not guilty. Court enters scheduling order; written order will issue. Time excluded. Deft remanded. APPEAR - T. Lynch, AUSA; T. Hoover, Esq. (LMK, ) (Entered: 07/21/2005) |
| 07/07/2005 | | ***Excludable started as to Brahim Bouchaib: (LMK, ) (Entered: 07/21/2005) |
| 07/18/2005 | 5 | SCHEDULING ORDER as to Brahim Bouchaib Discovery due by 7/29/2005. Pretrial motions due 8/5/05, responses due 8/19/05, oral argument set for 8/25/05 at 2:00pm. Signed by Judge Leslie G. Foschio on 7/18/05. (JDK, ) (Entered: 07/20/2005) |
| 07/18/2005 | | Set/Reset Deadlines/Hearings as to Brahim Bouchaib: Motions due by 8/5/2005. Responses due by 8/19/2005 Motion Hearing set for 8/25/2005 02:00 PM before Hon. Leslie G. Foschio. (JDK, ) (Entered: 07/20/2005) |
| 07/18/2005 | | ***Excludable started as to Brahim Bouchaib: (DZ, ) (Entered: 07/21/2005) |
| 08/24/2005 | | CALENDAR ENTRY as to Brahim Bouchaib: A Change of Plea is set for 8/31/2005 at 11:00 AM before the Hon. William M. Skretny. (MEAL) (Entered: 08/24/2005) |
| 08/30/2005 | 6 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by Brahim Bouchaib (Attachments: # 1 Exhibit A, B, C, D (support letters)) (Hoover, Timothy) (Entered: 08/30/2005) |
| 08/31/2005 | 7 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by USA as to Brahim Bouchaib (Lynch, Timothy) (Entered: 08/31/2005) |
| 08/31/2005 | 8 | PLEA AGREEMENT as to Brahim Bouchaib (JDK, ) (Entered: 09/06/2005) |
| 08/31/2005 | 9 | Minute Entry for proceedings held before the Hon. William M. Skretny:Change of Plea as to Brahim Bouchaib held on 8/31/2005. Plea Agreement entered into and accepted by the Court. Defendant pled guilty to Count 3 of the Indictment. Guilty plea accepted by the Court. Defense counsel requests immediate sentencing. Court denies request. Sentencing set for 9/21/2005 at 11:00 AM before the Hon. William M. Skretny. Defendant remanded. For the govt. - Timothy Lynch. For the deft. - Timothy Hoover. (Court Reporter Michelle McLaughlin.) (MEAL) |

| | | |
|---|---|---|
| | | (Entered: 09/07/2005) |
| 09/21/2005 | 10 | Minute Entry for proceedings held before the Hon. William M. Skretny:Status Conference as to Brahim Bouchaib held on 9/21/2005. Sentencing scheduled for today is adjourned to 11/1/2005 at 11:00 AM. Court requires additional information in supplement of sentencing submissions. Defendant remanded. For the govt. - Timothy Lynch. For the deft. - Timothy Hoover. For prob. - Colleen Rahill Beuler. (Court Reporter Michelle McLaughlin.) (MEAL) (Entered: 09/28/2005) |
| 11/01/2005 | 11 | Minute Entry for proceedings held before the Hon. William M. Skretny:Sentencing held on 11/1/2005 for Brahim Bouchaib on Count 3 of the Indictment. Presentence report to be sealed along with 2 supplemental memos - will be made available to counsel for appeal purposes only. The probation department's recommendation section which is a part of said presentence report will be kept under separate seal and will not be accessible to counsel. Total Offense Level: 4. Criminal History Category: I. The defendant is sentenced to the custody of the BOP for a term of 6 months. Upon release from imprisonment the defendant shall be placed on supervised release for a term of 3 years. Supervised release shall become unsupervised release upon deportation. While on supervised release the defendant shall abide by the following conditions: The defendant shall not commit any crimes, federal, state or local. The defendant shall abide by the standard conditions of supervised release. The defendant shall not possess controlled substances. The defendant shall not possess a firearm or dangerous device. Mandatory drug testing waived if deported. The defendant shall be delivered to a duly authorized immigration official for deportation. The defendant shall not re-enter or attempt to re-enter the USA without the express written consent of the Secretary of Homeland Security and/or U.S. Attorney General. The defendant shall pay a $100.00 special assessment. The Court imposes sentence as stated. The Government moves for dismissal of the Counts 1, 2 & 4 of the indictment. Court grants same. The Court directs preparation of a judgment of conviction. Defendant is remanded. For the govt. - Timothy Lynch. For the deft. - Timothy Hoover. For prob. - Colleen Rahill-Beuler. (Court Reporter Michelle McLaughlin) (MEAL) (Entered: 11/03/2005) |
| 11/08/2005 | 12 | JUDGMENT as to Brahim Bouchaib (1)Count(s) 3 filed. Additional certified copies forwarded to USPO, USM, US Attorney, Debt Collection, Financial Department. . Signed by Judge William M. Skretny on 11/7/05. (JDK, ) (Entered: 11/08/2005) |
| 11/08/2005 | | ***Case Terminated., ***Set/Clear Flags as to Brahim Bouchaib (JDK, ) (Entered: 11/08/2005) |
| 05/22/2007 | 13 | Probation Jurisdiction Transferred to District of Rhode Island as to Brahim Bouchaib Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (JDK, ) (Entered: 05/22/2007) |