# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *For the Western District of New York*

MAY 2005 GRAND JURY
(Empaneled May 6, 2005)

**THE UNITED STATES OF AMERICA**

***-vs-***

**BRAHIM BOUCHAIB,**

**Defendant.**

**Violation:**

Title 18, United States Code, Section 1001(a)(2) (4 counts)

DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York.
Date Filed: 7/7/05
Rodney C. Early, Clerk
By: [signature] Deputy Clerk

**COUNT I**

**The Grand Jury Charges:**

On or about June 10, 2005, in the Western District of New York, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant, BRAHIM BOUCHAIB, did knowingly, willfully and unlawfully make materially false, fictitious and fraudulent statements and representations, to wit, the defendant stated to a Customs and Border Protection Enforcement Officer that he had illegally entered the United States at Houston, Texas from Algeria in January 1999; when, in fact, BRAHIM BOUCHAIB had illegally entered the United States from

Canada, in or about August 1997, utilizing a fraudulent French passport in the name of Mustapha Chaa.

In violation of Title 18, United States, Code, Section 1001(a)(2).

**COUNT II**

**The Grand Jury Further Charges:**

On or about June 10, 2005, in the Western District of New York, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant, BRAHIM BOUCHAIB, did knowingly, willfully and unlawfully make materially false, fictitious and fraudulent statements and representations, to wit, the defendant stated to a Customs and Border Protection Enforcement Officer that he had never used any other name except his own; when, in fact, BRAHIM BOUCHAIB had illegally entered the United States from Canada, in or about August 1997, utilizing a fraudulent French passport in the name of Mustapha Chaa.

In violation of Title 18, United States, Code, Section 1001(a)(2).

**COUNT III**

**The Grand Jury Further Charges:**

On or about June 13, 2005, in the Western District of New York, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant, BRAHIM BOUCHAIB, did knowingly, willfully and unlawfully make materially false, fictitious and fraudulent statements and representations, to wit, the defendant stated to an Immigration and Customs Enforcement Special Agent that he had illegally entered the United States at Houston, Texas from Algeria in January 1999; when, in fact, BRAHIM BOUCHAIB had illegally entered the United States from Canada, in or about August 1997, utilizing a fraudulent French passport in the name of Mustapha Chaa.

In violation of Title 18, United States, Code, Section 1001(a)(2).

**COUNT IV**

**The Grand Jury Further Charges:**

On or about June 13, 2005, in the Western District of New York, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant, BRAHIM BOUCHAIB, did knowingly, willfully and unlawfully make materially

false, fictitious and fraudulent statements and representations, to wit, the defendant stated to an Immigration and Customs Enforcement Special Agent that he had never used any other name except his own; when, in fact, BRAHIM BOUCHAIB had illegally entered the United States from Canada, in or about August 1997, utilizing a fraudulent French passport in the name of Mustapha Chaa.

In violation of Title 18, United States, Code, Section 1001(a)(2).

DATED: Buffalo, New York, July 7, 2005.

KATHLEEN M. MEHLTRETTER
Acting United States Attorney
Western District of New York

BY: **S/TIMOTHY C. LYNCH**
TIMOTHY C. LYNCH
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 846
timothy.lynch@usdoj.gov

A TRUE BILL:

**S/DEPUTY FOREPERSON**
FOREPERSON