# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRAHIM BOUCHAIB

**CRIMINAL COMPLAINT**

**CASE NUMBER: 05-M-** 2084

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about June 10, 2005, at the Rainbow Bridge, in the Western District of New York, in a matter within the jurisdiction of Customs and Border Protection, an agency of the United States, the defendant, BRAHIM BOUCHAIB, did knowingly and willfully make a materially false, fictitious and fraudulent statements and representations, to wit, the defendant stated that he had illegally entered the United States at Houston, Texas from Algeria in January 1999 and that he had never used any other names; when, in fact, BRAHIM BOUCHAIB had illegally entered the United States from Canada, in or about August 1997, utilizing a fraudulent French passport in the name of Mustapha Chaa, and, furthermore,

On or about June 13, 2005, at the Buffalo Federal Detention Center, in the Western District of New York, in a matter within the jurisdiction of Immigration and Customs Enforcement, an agency of the United States, the defendant, BRAHIM BOUCHAIB, did knowingly and willfully make a materially false, fictitious and fraudulent statements and representations, to wit, the defendant stated that he had illegally entered in the United States at Houston, Texas from Algeria in January 1999 and that he had never used any other names; when, in fact, BRAHIM BOUCHAIB had illegally entered the United States from Canada, in or about August 1997, utilizing a fraudulent French passport in the name of Mustapha Chaa,

in violation of Title 18 United States Code, Section 1001(a)(2).

I further state that I am a(n) Special Agent, Immigration & Customs Enforcement and that
Official Title
this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: (X) Yes ( ) No

6/21/05

Deputy Clerk

Signature of Complainant
**MATTHEW R. MEYER**
Special Agent, Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence,

June 21, 2005 at Buffalo, New York
Date City and State

HON. HUGH B. SCOTT
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

**Matthew R. Meyer**, being duly sworn deposes and states that:

1. Your affiant is a Special Agent with U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS), formerly known as the Immigration and Naturalization Service (INS), and have been so employed for approximately eight years. I am currently assigned to the Joint Terrorism Task Force (JTTF). The JTTF is a combination of federal and state law enforcement formed in order to identify and investigate international and domestic terrorism and terrorists.

2. Your affiant is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code (U.S.C.), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. Your affiant makes this affidavit in support of a criminal complaint charging BRAHIM BOUCHAIB, an Algerian male, date of birth, 12/04/65 (hereinafter referred to as "the defendant")

with knowingly and willfully making materially false, fictitious, and fraudulent statements and representations, in violation of Title 18, United States Code, Section 1001(a)(2).

4. This affidavit is based upon information developed during your affiant's investigation of the defendant, as well as information provided to your affiant by other members of law enforcement agencies whom your affiant believes to be reliable.

5. On June 10, 2005, the defendant was encountered by Customs and Border Protection (CBP) at the Rainbow Bridge, Niagara Falls, New York Port of Entry, after being turned over to the United States by Canadian officials. At that time, the defendant gave a sworn statement to CBP Enforcement Officer William Schoenrock regarding his prior presence in the United States, as well as whether he had ever used any other names.

6. In the sworn statement, the defendant claimed that he entered the United States at Houston, Texas in January 1999, after being smuggled aboard a ship which departed from Algeria. (See Exhibit 1). The defendant further stated that after being in the United States approximately six months, he entered Canada. (Id.)

7. On June 13, 2005, your affiant interviewed the defendant at the Buffalo Federal Detention Center in Batavia, New York, regarding his entry into the United States. Initially, the defendant claimed that he had entered the United States by ship during the first week of January, 1999 and that he had never used any other name.

8. After your affiant advised the defendant that his claim that he entered the United States at Houston, Texas on a ship was not believable, the defendant stated that he would tell the truth. The defendant thereafter stated that he only provided the story about his entry at Houston, Texas, because that was the story that he originally gave to Canadian authorities.

9. The defendant then told your affiant that in or about 1997, he obtained a fraudulent French passport in the name MUSTAPHA CHAA. According to the defendant, the date of birth on the passport was either 1965 or 1966. The defendant further stated that he used this passport to enter Canada from France on the 16th or 17th of August, 1997. On the same day he entered Canada, the defendant traveled by bus to the United States border and entered the United States utilizing the same fraudulent French passport.

10. On June 13, 2005, after interviewing the defendant, your affiant conducted ICE record checks concerning the defendant's manner of entry into the United States. Record checks showed that a MUSTARHA CHAA, DOB: 10/18/1965, entered the United States, on August 15, 1997, at the Champlain, New York Point of Entry utilizing a French passport. I believe, based on the defendant's statement, that this record information, although somewhat different from defendant's statement, relates to the defendant's entry into the United States from Canada.

11. For the above reasons, your affiant believes the defendant's statements to your affiant and to CBP Enforcement Officer Schoenrock regarding his entry into the United States at Houston, Texas and his use of other names were materially false, fictitious and fraudulent.

**WHEREFORE**, based on the foregoing, I respectfully submit that probable cause exists to believe that BRAHIM BOUCHAIB has violated Title 18, United States Code, Section 1001(a)(2).

Matthew R. Meyer
Special Agent
Immigration and
Customs Enforcement

Sworn to before me this,

21st day of June, 2005.

HONORABLE HUGH B. SCOTT
UNITED STATES MAGISTRATE JUDGE

Case 1:07-cr-00072-S-DLM Document 2-6 Filed 05/25/2007 Page 6 of 8

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Sworn Statement in Administrative Proceedings

Office: RAINBOW BRIDGE, NY, POE

File No: A098 109 013

Statement by: BRAHIM BOUCHAIB

In the case of: BRAHIM BOUCHAIB

At: RAINBOW BRIDGE, NY, POE

Date: June 10, 2005

Before: WILLIAM SCHOENROCK; CBP ENFORCEMENT OFFICER (Name and Title) In the ENGLISH language.

Interpreter: NOT USED Interpreter employed by:

I am an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take your sworn statement regarding Your presence in the United States.

Q. Do you understand what I've said to you?
A. Yes.
Q. Any statement you make must be given freely and voluntarily. Are you willing to answer my questions at this time?
A. Yes.
Q. Do you swear or affirm that all the statements you are about to make are true and complete?
A. Yes.
Q. What is your true and complete name?
A. Bouchaib, my first name is Brahim.
Q. Have you ever used any other names?
A. No, never.
Q. When and where were you born?
A. El - Milia, Gigel Algeria.
Q. Of what country are you a citizen?
A. ALgerian citizen.
Q. What is your mother's name and citizenship?
A. Jhiearbi Aicha, Algerian.
Q. What is your father's name and citizenship?
A. Omar Bouchaib, algerian.
Q. Do you have any claim to U.S. citizenship?
A. I am married to an American, and I am waiting for my papers to process. I am Algerian, I don't know if I am American.
Q. Do you have any claim to lawful permanent residence in the United States?
A. My wife she did this, but I don't know what the process is.
Q. Do your parents have any claim to U.S. citizenship or lawful permanent residence in the United States?
A. No.
Q. When and where did you enter the United States?
A. I entered in Houston in January 1999.
Q. How did you enter the United States?
A. It was huge war and problems in Algeria, I had someone smuggle me on board, it was very tough days in my country. Iwas in a boat.
Q. Do you recall the name of the ship?
A. I don't know.
Q. Where did you get on the Ship?
A. They told me to come at night and they put me on the boat in Algers. ...(CONTINUED ON I-831)



Initials: [handwritten initials]



Exhibit A

Case 1:07-cr-00072-S-DLM Document 2-6 Filed 05/25/2007 Page 7 of 8


| Alien's Name | File Number | Date |
|---|---|---|
| .RAHIM BOUCHAIB | A098 109 013 | June 10, 2005 |

. How did you get on board the ship?
. I walked on they gave me crewman clothes.
. Did you hide on the ship?
. I hide because some people they could see.
. Did you have help from anyone?
. That was a tough time, and I heard htere was someone at the coffee shop Board Said, that could talk to the guy who cleans the tables he would tell me to talk with someone else who ould put me on the boat. I gave him a few Algerian bucks.
. What was the name of the person who the table cleaner sent you to see?
. I don't remember the name.
. Where did you find him?
. At the coffee shop.
. Did you pay anyone to help you?
. I paid the smuggler about $15 or 1600. American.
. What did the smuggler tell you to do after that meeting?
. He told me to come the next day and that he would bring me special clothes and he put me n the boat.
. Why did you come to the United States on the ship?
. I came here just to go to Canada.
. Did you ever apply for a United States nonimmigrant visitor visa?
. Yes, I had a tourist visa in 1993. I went to Florida. I went to Daytona Beach for six onths. I went to a english school for about six months, but I know this was not legal.
. What school?
. Daytona Beach community college.
. Where did you go after you left the ship?
. I went to the city and spoke to a cab driver and he took me to a place where they spoke rabic or French, I stayed there a few days and then took the bus to St. Louis, MO. I stayed here a few weeks and then I went to New York. I stayed there from February to June, because came to Canada in June 1999.
. Did you work while you were in the United States?
. I worked as a bus boy in down town New York, I don't remember the restaurant name, for a ew weeks.
. Why did you travel to Canada on June 22, 1999?
. Just a decision to maybe make the papers in Canada, six months was enouph to be illegal ı the United States.
. Where did you reside when you were in Canada?
. 210 Sherborne Street Apartment 405 Toronto, ON M6A3X2, other address is 61 Pelhim Park ardens Toronto, ON M6A1A8 for one year.
. What kind of work were you doing while in Canada?
. When I came to Canada I started working at a factory, then I went to work for a ollection Company Equifax CBCL from October 2000 to March 2001. Then I moved to Collect orp INC. in Toronto for about 8 months, then I wnet to EXCEL Collection for a few months , ıen I went to Common Collection Scarborough, Ontario and then I worked AAA Credit recovery ı Uptown Toronto and then from last year unti now I have been doing volunteer work for erge helping as a translator and technical support.
. Do you have a home in Algeria?
. Yes, my family has a big home, in El - Milia.
. Why did you leave Algeria?
. Because of no security, no life, no economy because of a bad situation.
. What type of work did you do in Algeria?
. Hardware business, family business with my father before he died. I also had a small onstruction company.
. Do you have any specialized training or schooling?
. I once studied for 14 years and did six months in the University, but I had to work

| ignature | Title |
|---|---|
| WILLIAM SCHOENROCK | CBP ENFORCEMENT OFFICER |



orm I-831 Continuation Page (Rev. 6/12/92)

U.S. Department of Justice
Immigration and Naturalization Service Continuation Page for Form

| Alien's Name | File Number | Date |
|---|---|---|
| BRAHIM BOUCHAIB | A098 109 013 | June 10, 2005 |

with my father.
Q. Do you have any family in the U.S. or Canada?
A. I have a cousin in Canada, but I don't know him. In the U.S. I have a friend in New York and my wife in St Paul, Minnesota.
Q. Who are you married to?
A. Roxanne Tutunnyk.
Q. When and where did you get married?
A. On March 12, 2004 in Toronto, Ontario.
Q. How and when did you meet Roxanne Tutunnuk?
A. She came to Toronto many many times, but there is not a good job in Canada, but she has good job in Minnesota. We met in October 2003. We met on the internet and she came to Toronto and we got very involved.
Q. Did she file a petition for you to live in the United States?
A. Yes.
Q. Do you have any children?
A. No.
Q. Have you ever been arrested or convicted of a crime anywhere at any time?
A. Never.
Q. Do you have a fear or concern of returning to Algeria?
A. I don't know the situation is not clear. After civil war there is always something left behind that is all.
Q. Would you be harmed if you returned to Algeria?
A. I thin so, because I am not sure, When I left therre was problems.
Q. Do you have any questions or is there anything else you would like to add to your statement?
A. No.

BB

I have read (or have had read to me) the foregoing statement consisting of 3 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement (and the corrections noted on page(s) 0 ).

Signature of alien: ______________________

Subscribed and sworn to me at: Rainbow Bridge Niagara Falls, New York on June 10, 2005.

William J. Schoenrock
(Signature of Immigration Officer) (BBED)

Kelly A Kozlowski
(Signature of Witness)

| Signature | Title |
|---|---|
| WILLIAM SCHOENROCK | CBP ENFORCEMENT OFFICER |

3 of 3 Pages